# Character Reference Letter for Michael Huseman

**September 14, 2026**

**To the Honorable Judge:**

My name is **Michele Boling Huseman**, and I am writing this letter on behalf of my twin brother, **Michael Huseman**.

Michael and I are twins, and I have known him my entire life. Growing up with my brother by my side has made my life better in more ways than I could ever explain. We have shared our childhood, our friendships, our experiences, and so many important moments throughout our lives. Because he is my twin, I have had the unique opportunity to know Michael on a level that very few people do.

If I had to describe Michael in just a few words, I would say he is **caring, kind, generous, loving, and selfless**. He has always been there for me, no matter what I needed.

One example that I will always remember is how much he helped my husband and me when we moved—not once, but twice. Michael went completely out of his way to help us move our belongings back and forth between Wentzville and Fenton. He even borrowed a work truck so that he could help us get everything moved. He did not do it because he expected anything in return. He did it because that is simply who Michael is. When someone he loves needs help, he shows up.

Another part of my life that I will always be grateful to Michael for is that **he helped me meet my husband**. Michael has always been outgoing, friendly, and able to make friends with everyone he meets. Because of his personality, he helped bring my husband and me together. I will never forget that he played a part in bringing the two of us into each other's lives. My husband means the world to me, and I am forever grateful to Michael for helping bring us together.

Growing up with Michael also helped me become more comfortable and confident in myself. We shared some of the same friend groups, and because of his outgoing personality, he helped me come out of my comfort zone. Michael has always been someone who can walk into a room and make people feel welcome. He makes friends with almost everyone he meets, and it is easy to see why people love him.

One friendship that I believe says a lot about Michael's character is his friendship with **Melody**, a woman who worked with him at Schnucks. Melody has a disability, and Michael was incredibly kind and caring toward her. He spent time with her, talked with her, and became one of her best friends. He would sometimes drive her home from work and made an effort to spend time with her and do things that she enjoyed. One of the things Melody loves is riding horses, and Michael enjoyed sharing in that happiness with her.

What stands out to me most about Michael's relationship with Melody is that he never treated her differently because of her disability. He simply treated her like a friend. He took the time to get to know her, spend time with her, and make her feel valued. That is the kind of person Michael has always been. His kindness isn't something he only shows to the people closest to him. It is something he naturally gives to the people around him.

Michael is one of the most selfless people I know. I truly believe he would drop everything in a heartbeat to help someone he cares about. He would never intentionally hurt someone. Throughout my entire life, I have seen him show kindness and generosity toward the people around him. If you asked the people who know Michael to describe him, I believe you would hear many of the same things I am saying.

I understand the seriousness of the situation Michael is facing, and I am not writing this letter to excuse his actions or to minimize the importance of the Court's decision. I am writing because I want the Court to know the person I have known my entire life.

**Nobody is perfect, and everyone makes mistakes.** I truly believe that if Michael is given an opportunity to do better, he will not take that opportunity for granted. I believe he can learn from this experience, grow from it, and make better choices moving forward.

I respectfully ask the Court to consider **a shorter sentence for Michael and to take his future, his character, and his potential for rehabilitation into consideration**. If he needs to serve some time, then so be it. But I hope that his behavior and efforts to better himself can be considered as well.

Michael is not a monster. **He is human. He is a son, a brother, a friend, and someone who is deeply loved by the people in his life.** I believe that if you have the opportunity to know Michael, you will see the kindness, humor, generosity, and love that I have seen my entire life.

His kindness is contagious. He has a way of making people feel comfortable, welcomed, and cared about. I truly believe there is so much more to Michael than the circumstances that have brought him before the Court.

Michael, I love you very much. I could not have asked for a better brother or a better twin to have by my side throughout life. I am forever grateful for all the ways you have been there for me, for helping me become the person I am today.

**You will always be my brother, my twin, and one of the people I am most grateful to have in my life.**

Thank you for taking the time to read my letter and consider my perspective.

**Respectfully,**

**Michele Boling Huseman**
Twin Sister of Michael Huseman